UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>                Plaintiff,<br>     v.<br><br>ROSS ISLAND SAND & GRAVEL CO., an Oregon corporation,<br><br>                Defendant. | NO.   C19-019 RSM<br><br><br>ORDER FOR JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ross Island Sand & Gravel Co. |
| Principal Judgment Amount | $43,025.71 |
| Liquidated Damages | $8,605.14 |
| Interest to Date of Judgment: | $370.55 |
| Attorneys' Fees: | $639.00 |
| Costs: | $449.50 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Five percent (5%) per annum for 11/18-12/18<br>Six percent (6%) per annum for 1/19 |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration

of Miriam Williams, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 81, 162 and 305, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period November 2018 through January 2019: for contributions of $43,025.71, for liquidated damages of $8,605.14, for pre-judgment interest of $370.55, for attorneys' fees of $639.00, and for costs of $449.50, all for a total of $53,089.90.

DATED this 1st day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff